# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Stonewin Capital, LP ) | ASBCA No. 61572 |
| ) | |
| Under Contract No. SPE600-15-D-9407 ) | |

APPEARANCE FOR THE APPELLANT:  Scott M. Heimberg, Esq.
  Akin Gump Strauss Hauer & Feld LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Daniel K. Poling, Esq.
  DLA Chief Trial Attorney
  Matthew Vasquez, Esq.
  Trial Attorney
  DLA Energy
  Fort Belvoir, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: November 15, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61572, Appeal of Stonewin Capital, LP rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals